**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL Z. CASTRO,<br><br>          Petitioner,<br><br>    vs.<br><br>TIM VIRGA, WARDEN,<br><br>          Respondent. | CASE NO. CV 13-01675 SJO (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: February 7, 2014.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE