**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL Z. CASTRO, | ) | CASE NO. CV 13-01675 SJO (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| TIM VIRGA, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of DANIEL Z. CASTRO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 7, 2014.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE